JS-6

William F. Salle, Esq.    # 124498
**LAW OFFICES OF WILLIAM F. SALLE**
700 N. Brand Blvd., Suite 900
Glendale, California 91203
Tel (818) 543-1900
Fax (818) 543-1550
Email : wfslaw@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVIK ANJIRGHOLIAN, AN INDIVIDUAL,<br><br>              Plaintiff,<br><br>       v.<br><br>GREGORY ALBERS, AN INDIVIDUAL, MANNING TRANSFER, INC. AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>              Defendants. | NO. 2:16-CV-5958-GW(GJSx)<br><br>**ORDER** |

ORDER

Pursuant to F.R.CIV.P.41 (a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 26, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

- 1 -
JOINT STIPULATION FOR DISMISSAL